**Order entered January 18, 2023**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00263-CV

### MICHAEL BEAL, Appellant

### V.

### PRUVIT VENTURES, INC., Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-06415-2019**

### ORDER

Before the Court is appellee's January 13, 2023 unopposed second motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 13, 2023. Because the brief was first due December 14, 2022, we caution appellee that further extension requests will be disfavored.

/s/    KEN MOLBERG
JUSTICE